Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
Martin Kosla (SBN 247224)
E-mail: mkosla@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, 40th Floor
Los Angeles, California 90071-2953
Tel: 213.236.0600 Fax: 213.236.2700

Attorneys for Defendants
COUNTY OF LAKE (also erroneously
served as LAKE COUNTY SHERIFF'S
OFFICE, LAKE COUNTY SHERIFF
DISPATCH, and LAKE COUNTY
SHERIFF RECORDS DIVISION) AND
DEPUTY CHASE REYNOLDS

Jade French
Post Office Box 2234
Ukiah, California 95482
Email; jadefrench929@yahoo.com

Plaintiff, in Pro Per

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JADE FRENCH,<br><br>            Plaintiff,<br><br>      v.<br><br>COUNTY OF LAKE; LAKE COUNTY SHERIFF'S OFFICE (LCSO); LAKE COUNTY SHERIFF DISPATCH; and LAKE COUNTY SHERIFF RECORDS DIVISION, CHASE REYNOLDS.<br><br>            Defendants. | Case No. 1:26-cv-03863-RMI<br><br>**JOINT STIPULATION RE EXTENSION OF TIME FOR DEFENDANTS' TO FILE INITIAL RESPONSIVE PLEADING; [~~PROPOSED~~] ORDER**<br><br>Magistrate Judge:   Robert M. Illman |

///

///

///

TO THE HONORABLE ROBERT M. ILLMAN, UNITED STATES MAGISTRATE COURT JUDGE:

Defendants COUNTY OF LAKE (also erroneously served as LAKE COUNTY SHERIFF'S OFFICE, LAKE COUNTY SHERIFF DISPATCH, and LAKE COUNTY SHERIFF RECORDS DIVISION) AND DEPUTY CHASE REYNOLDS ("Defendants") and Plaintiff JADE FRENCH ("Plaintiff") stipulate that the deadline by which Defendants must file and serve their initial responsive pleading be extended, as follows:

WHEREAS, on May 1, 2026, pursuant to the provisions of 28 U.S.C. § 1441(b), Defendants filed a Notice of Removal of Action in this Court in order for Plaintiff's state court lawsuit (Case No. CV428423) to be removed to this Court (which assigned it 1:26-cv-03863-RMI as the case number).  (*See*, Doc. #1.)

WHEREAS, on May 8, 2026, Defendants filed an Administrative Motion to Consider Whether Cases Should be Related ("Administrative Motion") in Plaintiff's other federal action (Case No. 3:26-cv-01637-RFL), and then filed a Notice of Filing of the Administrative Motion in this removed action.  (*See*, Doc. #6.)

WHEREAS, the deadline for Defendants to file their responsive pleading in Plaintiff's other federal action (Case No. 3:26-cv-01637-RFL) is June 22, 2026

WHEREAS, the deadline to file a responsive pleading in this removed case (Case No. 3:26-cv-01637-RFL) is May 8, 2026.

WHEREAS, if the Court grants the Administrative Motion, it will transfer this removed case (1:26-cv- 03863-RMI) to the other federal case (3:26-cv-01637-RFL).

WHEREAS, the parties now desire to extend Defendants' initial responsive pleading in this removed action (Case No. 1:26-cv- 03863-RMI) to the same date as the deadline in Plaintiff's other federal action (Case No. 3:26-cv-01637-RFL).

///

///

Burke, Williams & Sorensen, LLP
Attorneys at Law
Los Angeles

4923-8771-2938 v1

2

Case No. 1:26-cv-03863-RMI
STIP RE RESP. PLEADING

WHEREAS, the requested extension may possibly avoid the unnecessary duplication of work for all the parties involved, as well as for the Court.  At the very least, the extension will avoid having multiple responsive pleading deadlines in the two federal cases, which the Court may deem as related.

WHEREAS, Plaintiff has agreed to such an extension solely for scheduling purposes and, by signing this stipulation, does not agree to waive any claims, objections, defenses, procedural rights, or any arguments concerning consolidation or any other issue in either of the two actions.

IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiff and Defendants, as follows:

The parties respectfully request that the deadline for filing Defendants' initial responsive pleading in this removed action (Case No. 1:26-cv- 03863-RMI) be extended from May 8, 2026, to June 22, 2026, the same date as the deadline in Plaintiff's other federal action (Case No. 3:26-cv-01637-RFL).

IT IS SO STIPULATED.

Dated:  May 8, 2026                    BURKE, WILLIAMS & SORENSEN, LLP


                                       By:    /s/ Martin Kosla
                                              Susan E. Coleman
                                              Martin Kosla

                                              Attorneys for Defendants
                                              COUNTY OF LAKE (erroneously
                                              sued as LAKE COUNTY SHERIFF'S
                                              OFFICE); AND DEPUTY CHASE
                                              REYNOLDS

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4923-8771-2938 v1                       3                    Case No. 1:26-cv-03863-RMI
                                                             STIP RE RESP. PLEADING

Dated:  May 8, 2026

By: */s/ Jade French (signed with Mr. French's authority on 5/8/26)*
Jade French
Plaintiff, in Pro Per

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4923-8771-2938 v1

4

Case No. 1:26-cv-03863-RMI
STIP RE RESP. PLEADING

# [~~PROPOSED~~] ORDER

Based on the stipulation of the parties, and for good cause shown, the deadline for filing Defendants' initial responsive pleading in this removed action (Case No. 1:26-cv- 03863-RMI) is hereby extended from May 8, 2026, to June 22, 2026, the same date as the deadline in Plaintiff's other federal action (Case No. 3:26-cv-01637-RFL).

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  May 11, 2026

_____
ROBERT M. ILLMAN
UNITED STATES MAGISTRATE JUDGE

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4923-8771-2938 v1

5

Case No. 1:26-cv-03863-RMI
STIP RE RESP. PLEADING

## PROOF OF SERVICE

**Jade French v. County of Lake, et al.**
**Case No.1:26-cv-03863-RMI**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Orange, State of California.  My business address is 18300 Von Karman Avenue, Suite 650, Irvine, CA 92612-1032.

On May 8, 2026, I served true copies of the following document(s) described as **JOINT STIPULATION RE EXTENSION OF TIME FOR DEFENDANTS' TO FILE INITIAL RESPONSIVE  PLEADING; [~~PROPOSED~~] ORDER** on the interested parties in this action as follows:

Jade French                                        *Plaintiff in Pro Per*
P.O. Box 2234
Ukiah, California 95482
Telephone: 707.513.3345
Email: iadefrench929@vahoo.com

**BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from e-mail address bantle@bwslaw.com to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 8, 2026, at Irvine, California.

_____/s/ Bernadette C. Antle_____
Bernadette C. Antle