UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JADE FRENCH,

        Plaintiff,

    v.

COUNTY OF LAKE, et al.,

        Defendants.

Case No. 26-cv-03863-RFL (PR)

**ORDER VACATING RESPONSIVE PLEADING DEADLINE AND INITIAL CASE MANAGEMENT SCHEDULING ORDER**

The responsive pleading deadline of June 22, 2026 is VACATED. The Court will set a new responsive pleading deadline when appropriate. The initial case management scheduling order is also VACATED. (Dkt. No. 5.) The Court will set new deadlines in a separate order. All other briefing, disclosure, discovery and filing deadlines are STAYED pending further order of this Court.

    **IT IS SO ORDERED.**

**Dated:** July 2, 2026

                          RITA F. LIN
                United States District Judge